IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LEXUS JOSHLIN TRIPLETT,

      Appellant,

v.

      Case No.  5D23-367
      LT Case No. 2019-CF-012319

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 11, 2023

Appeal from the Circuit Court
for Duval County,
Meredith Charbula, Judge.

Matthew J. Metz, Public Defender,
and Steven N. Gosney, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General, and
Michael Schaub, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS and PRATT, JJ., concur.